UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 12-11166-RWZ


JOHN BALDWIN

v.

LUIS SPENCER

ORDER

October 17, 2012


ZOBEL, D.J.

John Baldwin has filed a petition pursuant to 28 U.S.C. § 2254 seeking a writ of

habeas corpus and challenging his conviction on several sex offenses.  Petitioner has

completed the sentences imposed but thereafter a jury found him to be a sexually

dangerous person with the result that he was civilly committed to the Treatment Center.

Defendant has filed a motion to dismiss on the grounds that petitioner is not in custody

on any criminal sentence and that the petition is time-barred under 28 U.S.C. §

2244(d)(1).  Petitioner may file his memorandum of law in support of the petition by

November 16, 2012.



      October 17, 2012                              /s/Rya W. Zobel
              DATE                                    RYA W. ZOBEL
                                            UNITED STATES DISTRICT JUDGE